UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICE GERMAIN,

                *Plaintiff*,

-against-                            22-CV-08337 (ALC)

                                                           **ORDER**

CHRISTOPHER EDWARD MARTIN, et al.,

                *Defendants*.

**ANDREW L. CARTER, JR., District Judge:**

In light of the First Amended Complaint, ECF No. 31, the open motion at ECF No. 25 is **DISMISSED** as moot. The Parties are hereby **ORDERED** to submit a proposed briefing schedule. The Clerk of the Court is respectfully directed to close the open motion at ECF No. 25.

**SO ORDERED.**

**Dated:    August 18, 2023**
             **New York, New York**                              **ANDREW L. CARTER, JR.**
                                                                               **United States District Judge**