UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERMAIN

                         Petitioner   :      1:22-cv-8337 (ALC)

       -against-             :      **ORDER**

MARTIN ET AL

                  Respondents. :

ANDREW L. CARTER, JR., United States District Judge:

The April 7, 2026 telephonic conference is rescheduled to April 21, 2026 at 3 pm. The

Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

SO ORDERED.

Dated: April 6, 2026
     New York, New York

                                       ANDREW L. CARTER, JR.
                                         United States District Judge