**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

\------------------------------------------------------------------- x

PATRICE GERMAIN, P/K/A BIG MO BIZ   :
P/K/A MIX MASTER G-FLEXX AND   :
P/K/A G-FLEXX, an individual,   :
   :
   :   1:22-cv-08337 (ALC)
            *Plaintiff*,   :
   :   **ORDER**
         -against-   :
   :
   :
CHRISTOPHER EDWARD MARTIN, P/K/A DJ   :
PREMIER AN INDIVIDUAL, et al.,   :
   :
            *Defendants*.   :
   :
\------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The court schedules a hearing for May 12, 2026, at 3:00pm.  All parties shall appear and

should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).


**SO ORDERED.**

**Dated:**      **May 1, 2026**      _____
            **New York, New York**         **ANDREW L. CARTER, JR.**
                        **United States District Judge**

1