**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x

**PATRICE GERMAIN, P/K/A BIG MO BIZ**
**P/K/A MIX MASTER G-FLEXX AND**
**P/K/A G-FLEXX, an individual,**

                            *Plaintiff,*

       -against-

**CHRISTOPHER EDWARD MARTIN, P/K/A DJ**
**PREMIER AN INDIVIDUAL, et al.,**

                         *Defendants.*

------------------------------------------------------------------- x

    1:22-cv-08337 (ALC)

    **ORDER**

**ANDREW L. CARTER, JR., District Judge:**

       The parties are ORDERED to submit a joint status report on or before May 27, 2026,

regarding how parties intend to proceed.  Any deadlines regarding the anticipated Motion to

Dismiss are tolled until the filing of the joint status report.


**SO ORDERED.**

**Dated:**    **May 12, 2026**
         **New York, New York**        _____
                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**

1